UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCONI COMMUNICATIONS, INC., ) | |
| ) | CASE NO. 02-0050 |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge Lancaster |
| ) | Chief Magistrate Judge Caiazza |
| KARL MARKE CLINGER, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**JOINT STIPULATION OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)**

The undersigned hereby agree to voluntarily dismiss their claims and counterclaims in the above-captioned action.

_____
Jack L. Franks, Esquire
Franks & Associates
One Oxford Centre
301 Grant Street, Suite 830
Pittsburgh, PA 15219

Attorneys for Defendant Karl Marke Clinger

_____
Patrick K. Cavanaugh, Esquire
PA. I.D. # 72960
Bryan C. Devine
PA. I.D. # 88355

Del Sole Cavanaugh, LLC
The Waterfront Building
200 First Avenue, Suite 200
Pittsburgh, PA 15222
(412) 261-2393
Attorneys for Plaintiff Marconi Communications, Inc.

SO ORDERED, this 14th day of September, 2006.

_____
Hon. Gary L. Lancaster, U.S. District Judge